| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Smith Giacometti, LLC<br>Harry J. Giacometti, Esquire (HG2368)<br>76 Euclid Avenue, Suite 202<br>Haddonfield, NJ 08033<br>(856) 428-1191<br>*Counsel For The Debtors* | |
| IN RE:<br><br>PAGANINI FOODS, LLC,<br><br>      Debtor. | CHAPTER 11<br><br>CASE NO. 10-13006 GMB |
| IN RE:<br><br>BV WAREHOUSING, LLC,<br><br>      Debtor. | CHAPTER 11<br><br>CASE NO. 10-13007 GMB<br><br>Hon. Gloria M. Burns<br><br>**Hearing Date:** |

## APPLICATION FOR EXPEDITED CONSIDERATION
## <u>OF FIRST DAY MATTERS</u>

Paganini Foods, LLC and BV Warehousing, LLC (the "Debtors"), by and through their proposed counsel, Smith Giacometti, LLC, hereby apply for an Order expediting consideration of their first day motions, and in support hereof, state as follows:

1. On February 1, 2010, the Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code.

2. Counsel for the Debtors requests that the following relief be provided on a first day basis (check those that apply):

1. _X_  MOTION SEEKING THE JOINT ADMINISTRATION OF MULTIPLE DEBTOR BANKRUPTCY CASES.

2. _X_  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR AN EXTENSION OF TIME WITHIN WHICH TO FILE STATEMENTS AND SCHEDULES.

3. _X_  MOTION FOR AN ORDER AUTHORIZING THE EMERGENCY OR INTERIM USE OF CASH COLLATERAL OR DEBTOR-IN-POSSESSION FINANCING PENDING THE NOTICING AND SCHEDULING OF AN INTERIM OR FINAL HEARING FOR FINANCING PURSUANT TO BANKRUPTCY CODE §§ 363 AND 364 AND FED. R. BANKR. P. 4001.

4. _X_  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS AND CASH MANAGEMENT PROCEDURES PROVIDING THE UNITED STATES TRUSTEE'S OFFICE WITH A 60 DAY PERIOD TO OBJECT TO SAID ORDER BEFORE IT BECOMES A FINAL ORDER.

5. ____  MOTION FOR AN ORDER AUTHORIZING A DEBTOR TO MODIFY THE INVESTMENT GUIDELINES SET FORTH IN BANKRUPTCY CODE § 345 ON AN INTERIM BASIS, PROVIDING THE UNITED STATES TRUSTEE'S OFFICE AND ANY OTHER PARTIES-IN-INTEREST A 60-DAY PERIOD TO OBJECT TO SAID ORDER BEFORE IT BECOME A FINAL ORDER.

6. _X_  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION WAGES, SALARIES, COMPENSATION, EMPLOYEE BENEFITS AND REIMBURSABLE BUSINESS EXPENSES UP TO THE LIMITS SET FORTH IN BANKRUPTCY CODE § 507(a).

7. ____  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION SALES, USE, PAYROLL AND OTHER TAXES THAT ARE OTHERWISE PRIORITY CLAIMS UNDER BANKRUPTCY CODE § 507.

8. ____  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO CONTINUE CREDIT CARD FACILITIES.

9. ____  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO HONOR CERTAIN PRE-PETITION CUSTOMER OBLIGATIONS, DEPOSITS, REBATES, ETC.

10. \_\_\_\_  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO CONTINUE WITH AND PAY PRE-PETITION OUTSTANDING AMOUNTS DUE ON VARIOUS INSURANCE POLICIES.

11. _X_  MOTION FOR AN ORDER AUTHORIZING PAYMENT OF OUTSTANDING AND UNPAID PRE-PETITION DEBT TO CERTAIN VENDORS WHO PROVIDE CRITICAL AND NECESSARY SERVICES AND/OR PRODUCTS TO THE DEBTOR.

12. \_\_\_\_  MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY CODE § 366 REGARDING ADEQUATE ASSURANCE FOR THE FUTURE PERFORMANCE FOR UTILITIES AND ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE.

13. \_\_\_\_  MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO RETAIN A CLAIMS AND NOTICING AGENT.

14. \_\_\_\_  MOTION FOR AN ORDER ESTABLISHING NOTICING PROCEDURES.

15. \_\_\_\_  OTHERS [COUNSEL SHOULD ADD ALL OTHER MOTIONS FOR WHICH IT SEEKS CONSIDERATION AS A FIRST DAY MATTER.]

SMITH GIACOMETTI, LLC

Date: February 2, 2010        By: _____
Harry J. Giacometti, Esquire
76 Euclid Avenue, Suite 202
Haddonfield, NJ 08033
Tel: (856) 428-1191
Fax: (856) 428-2145
hgiacometti@sgllclaw.com
Proposed counsel to the Debtors